UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joshua James Russell,

    Plaintiff,

v.                                                               Civil No. 10-807 (JNE/JJG)
                                                               ORDER

University of Minnesota Board
of Regents University Employees,
et al.,

    Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Jeanne J. Graham, United States Magistrate Judge, on March 31, 2010. The magistrate judge recommended that Plaintiff's application to proceed in forma pauperis be denied and that this case be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2006). Plaintiff objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis [Docket No. 2] is DENIED.

2. This action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 17, 2010

                                                          s/ Joan N. Ericksen
                                                          JOAN N. ERICKSEN
                                                          United States District Judge